**DISMISS and Opinion Filed February 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00056-CV

### CORA CANADY, Appellant
### V.
### WILLIE WILLIAMS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11387**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

After reviewing the clerk's record, we questioned our jurisdiction over this appeal because there did not appear to be an appealable order. We instructed appellant to file, by February 1, 2019, a letter brief addressing the jurisdictional issue.

Subject to mostly statutory exceptions, an appeal may be taken only from a judgment that disposes of all pending parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). In the notice of appeal, appellant states she is appealing "the judgment signed by the Court on January 9, 2019." The trial court signed two orders on January 9, 2019. In the first order, the trial court granted plaintiff's agreed motion for continuance of the jury trial date, setting the trial date for April 23, 2019. In the second order, the trial court granted the motion to withdraw filed by plaintiff's counsel. Neither of these orders disposes of all pending parties and claims. On

February 4, 2019, appellant filed a letter with this Court. Although titled "Jurisdiction," nothing in appellant's letter addresses our jurisdiction over this appeal.

Because nothing before us reflects a final judgment has been signed, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190056F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CORA CANADY, Appellant

No. 05-19-00056-CV      V.

WILLIE WILLIAMS, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-11387.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 14, 2019

–3–